IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (931) 215-0960 | Case No. 19-MJ-2110<br><br>**Filed Under Seal** |

## ORDER

It is hereby ORDERED that the United States' Motion to Delay Notification of Search Warrant, filed on January 26, 2021, is granted. Notice is not due until April 26, 2021. The Motion to Delay Notification of Search Warrant and this Order shall remain under seal until further order by this Court.

Dated: January 26, 2021

_____
Hon. Jeffery S. Frensley
Magistrate Judge
Middle District of Tennessee